# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RUSSELL ROSENBERGER,<br><br>Petitioner,<br><br>v.<br><br>CITIZENS AND PEOPLE, STATE OF CALIFORNIA, et al.,<br><br>Respondents. | Case No.  CV 13-3400 R(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Summarily Dismissing Second Amended Petition for Writ of Habeas Corpus and Action, IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: April 7, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE